UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,      Criminal No. 06-308 RHK/SRN

v.                                       **ORDER FOR CONTINUANCE AND**
                                          **FINDING OF EXCLUDABLE TIME**
Luetta Kaye Jacobsen,

                Defendant.

---

Frank J. Magill, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Scott F. Tilsen, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

     Upon application of the defendant and for good cause shown, the Court finds that it is in the interest of justice that the Defendant's Motion for Continuance and Finding of Excludable Time is GRANTED.

     **IT IS HEREBY ORDERED** that the trial in the above captioned case currently scheduled for January 8, 2007, be continued to May 7, 2007, and the Court further finds that the interest of the public or the defendant for a speedier trial are outweighed by the ends of justice being better served in the granting of this continuance.  The Court further finds that, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B), that the failure to grant this continuance will deprive the defendant of due process guaranteed by the Fifth Amendment and adequate counsel guaranteed by the Sixth Amendment arising from the

unusual and complex facts and circumstances and legal issues raised in the circumstances of this case.

Dated:      10/31/06                    s/Richard H. Kyle
                                                                                        Honorable Richard H. Kyle
                                                                                        United States District Court Judge