# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-308 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Luetta Kaye Jacobsen, | |
| Defendant. | |

Counsel's January 19, 2007 letter to the Court notwithstanding, the Government shall serve and file forthwith a written memorandum responsive to Defendant's Objections to the December 6, 2006 Report and Recommendation of Magistrate Judge Susan Richard Nelson. The Court does not intend to read previously filed memoranda directed at the underlying motions.

Dated: January 22, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge