**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 06-308 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Luetta Kaye Jacobsen, | |
| Defendant. | |

---

Defendant has filed timely Objections to the December 6, 2006 Report and Recommendation of Magistrate Judge Susan Richard Nelson.  Judge Nelson has recommended the denial of Defendant's Motion to Dismiss for Pre-Indictment Delay, her Motion to Dismiss for Improper Venue, and her Motion to Transfer Place of Trial.

The undersigned has reviewed de novo the Report and Recommendation and Defendant's Objections thereto.  In addition, the parties have submitted memoranda to the Court in support of their respective positions.

Upon all the files, records and proceedings herein, the Court concludes that Judge Nelson's recommended disposition of the subject Motions is fully supported by the record before her and controlling legal principles.  Accordingly, **IT IS ORDERED**:

  1. Defendant's Objections (Doc. No. 24) are **OVERRULED**;

  2. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

  3. Defendant's Motion to Dismiss for Pre-Indictment Delay (Doc. No. 17) is **DENIED**;

  4. Defendant's Motion to Dismiss for Improper Venue (Doc. No. 14) is **DENIED**; and

    5.  Defendant's Motion to Transfer Place of Trial (Doc. No. 15) is **DENIED**.


Dated: January 26, 2007                                              s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge