UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,      Criminal No. 06-308 RHK/SRN

v.

Luetta Kaye Jacobsen,                **ORDER FOR CONTINUANCE AND FINDING OF EXCLUDABLE TIME**

                      Defendant.

---

Frank J. Magill, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham and Andrea George, Assistant Federal Defenders, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Upon application of the defendant and for good cause shown, the Court finds that it is in the interest of justice that the Defendant's Motion for Continuance and Finding of Excludable Time is GRANTED.

**IT IS HEREBY ORDERED** that the trial in the above captioned case be continued to July 23, 2007, and the Court further finds that the interest of the public or the defendant for a speedier trial are outweighed by the ends of justice being better served in the granting of this continuance. The Court further finds that, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B), that the failure to grant this continuance will deprive the defendant of due process guaranteed by the Fifth Amendment and adequate counsel guaranteed by the

Sixth Amendment arising from the unusual and complex facts and circumstances and legal issues raised in the circumstances of this case.

Dated: <u>May 3, 2007</u>                         <u>s/Richard H. Kyle</u>
                                                  Honorable Richard H. Kyle
                                                  United States District Court Judge