```
                  UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA
                    Criminal No. 06-308 (RHK)

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )    ORDER
                             )
LUETTA KAYE JACOBSEN,        )
                             )
          Defendant.         )
```

Based on the motion of the government to extend time to file objections to the presentence report ("PSR") and position pleadings in the above-referenced case, and for good cause shown, the motion is granted.

The new deadline for the parties to make objections and proposed amendments to the PSR is February 4, 2008.

The new deadline for the parties to file and serve position pleadings with the Court is February 11, 2008.

It is so ordered.


Dated: January 15, 2008            _____s/Richard H. Kyle_____
                                   RICHARD H. Kyle
                                   United States District Judge