# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-308 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Luetta Kaye Jacobsen, | |
| Defendant. | |

Defendant's Motion to Extend Voluntary Surrender Date [1] is **DENIED**.

Dated: May 6, 2008                                     s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge

---

[1] May 8, 2008